

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2010 Grand Jury

UNITED STATES OF AMERICA,       )     No. CR.10-__10 00938__
                                )
              Plaintiff,        )     I N D I C T M E N T
                                )
     v.                         )     [18 U.S.C. § 1014: False
                                )     Statement to Federally
JAMES KIM,                      )     Insured Financial
                                )     Institution; 18 U.S.C.
              Defendant.        )     § 2(b): Causing an Act to be
                                )     Done]
                                )
_____)

     The Grand Jury charges:

                    COUNTS ONE THROUGH THREE

                    [18 U.S.C. §§ 1014; 2(b)]

     On or about the dates set forth below, in Los Angeles County, within the Central District of California, and elsewhere, defendant JAMES KIM ("KIM") knowingly made and willfully caused to be made a false statement and report for the purpose of influencing the action of Nara Bank, an institution the accounts of which were then insured by the Federal Deposit Insurance Corporation, as well as the action of the Small Business



Administration ("SBA"), in connection with defendant KIM's applications for SBA-guaranteed loans in the approximate amounts set forth below. Specifically, in each of the applications, defendant KIM falsely stated and reported to Nara Bank that neither he nor his business was "involved in any pending lawsuits" and that he had no "business indebtedness," when, in truth and in fact, as defendant KIM then well knew, he was named as a defendant in <u>Synder v. Kim, et al.</u>, case number 06CC06508, filed in the Superior Court of California, County of Orange, on or about May 25, 2006; he was named as a defendant in <u>GE Capital Franchise Finance Corporation, et al. v. ECI Group Inc., et al.</u>, case number CV2007-000882, filed in the Judicial Branch of Arizona, Maricopa County Superior Court, on or about January 16,

//

//

//

2007; and he had business indebtedness, including installment debts, contracts, notes, and mortgages payable.

| COUNT | DATE | AMOUNT OF LOAN |
|-------|------|----------------|
| ONE | May 1, 2007 | $300,000 |
| TWO | September 12, 2007 | $488,000 |
| THREE | September 12, 2007 | $250,000 |

A TRUE BILL



Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

BEONG-SOO KIM
Assistant United States Attorney
Chief, Major Frauds Section

RANEE KATZENSTEIN
Assistant United States Attorney
Deputy Chief, Major Frauds Section

MARGARET L. CARTER
Assistant United States Attorney
Major Frauds Section